

# UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA
HOLLINGS JUDICIAL CENTER
POST OFFICE BOX 835
CHARLESTON, SOUTH CAROLINA 29402

October 21, 2004

DAVID C. NORTON
UNITED STATES DISTRICT JUDGE

TELEPHONE (843) 579-1450
FAX (843) 579-1459

The Honorable Mary M. Lisi
Chair, Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Suite 2-301
Washington, DC 20544

RE: Calendar Year 2003 Filing

Dear Judge Lisi:

Enclosed are the revisions to my Calendar Year 2003 Filing as requested.

1) Part VII, page 5, line 73 and page 7, line 116. The correction denoting "None" has been made to the appropriate lines (please note).

2) Part VII, page 5, line 76 "Lexington Cnty SC Sch Dist 001" was omitted from the 2002 Report. It was purchased 11/18/02. Part VII, page 8, line 136 "Washington Mutual Inc." was omitted from the 2002 Report. It was purchased 11/26/02.

3) Part VII, page 6, line 92, "North Carolina Property 2/3," the appraisal was made in December 2001. The date of the appraisal has now been listed in Part VIII.

4) Part VII, page 1, line 11 of the 2002 Report "American Fund/Washington Mutual Investors Fund (IRA)" listed on 2003 Report in Part VIII, page 8, line 139 as "Washington Mutual Investors Fund C1 A."

Part VII, page 3, line 54 of the 2002 Report "Hartford Capital Appreciation Fund A (IRA)" is listed on the 2003 Report in Part VII, page 4, line 64 as Hartford Capital Appreciation Fund A." The (IRA) designation was dropped since it only shows which investment account from which the asset was derived.

Part VII, page 4, line 56 of the 2002 Report "Household International Inc." should have been listed on the 2002 Report as "Sold" on 11/14/02 with a value code of J and a gain code of A.

Part VII, page 4, line 70 of the 2002 Report "3M Company" is listed on the 2003 Report in Part VII, page 6, line 87. Also known as Minnesota Mining, name changed and consolidated as one asset renamed 3M Co.

FINANCIAL DISCLOSURE OFFICE
2004 OCT 27 P 1:23
RECEIVED

Part VII, page 7, line 113 of the 2002 Report "Wachovia" is listed on the 2003 Report in Part VII, page 8, line 135 as "Wachovia (IRA)." The two accounts were combined and shown as an increase in value.

I hope that this response answers your questions and I apologize for any inconvenience that this may have caused. Thank you for your assistance in this matter.

With kind regards, I am

Sincerely,

David C. Norton
United States District Judge

DCN:ngr

Enclosures

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
|---|---|---|

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) Norton, David C | 2. Court or Organization U.S. District Court | 3. Date of Report 7/5/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Court Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/03 to 12/31/03 |
| 7. Chambers or Office Address P.O. Box 835 Charleston, S.C. 29402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust (Trust #1) |
| 2. Co-Trustee | LLN Trust A (Trust #2) |
| 3. Trustee | LLN Trust B (Trust #3) |
| 4. Trustee | Article 5 Trust |
| 5. Trustee | Article 6 Trust |
| 6. Personal Representative | Estate ██████ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 OCT 27 P 1: 23 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C | 7/5/04 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Court Governance or Administrative/Managerial Meetings | 03/14/03-03/14/03 - Expenses for travel and food for meeting in Columbia, S.C. |
| 2. | Meeting of U.S. Judicial Conference | 03/17/03-03/19/03 - Expenses for travel, food and lodging for meetings in Washington DC. |
| 3. | FJC Educational Seminar | 03/23/03-03/26/03 - Expenses for travel, food and lodging for seminar in Wilmington, N.C. |
| 4. | Meetings of U.S. Judicial Conference | 06/25/03-06/26/03 - Expenses for travel, food and lodging for meetings in Hot Springs, Virginia. |
| 5. | Activity of Professional Association funded by the South carolina Trial Lawyers. | 07/24/03-07/27/03 - Expenses for travel, food and lodging for conference in Asheville, N.C. |
| 6. | Court Governance or Administrative/Managerial Meetings | 08/21/03-08/21/03 - Expenses for travel and food for meetings in Columbia, S.C. |
| 7. | Meeting of U.S. Judicial Conference | 09/22/03-09/24/03 - Expenses for travel, food and lodging for meetings in Washington DC |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C | 7/5/04 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amount Code 1 (A-H) | Type (e.g. div, rent, int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 AES Corp | | None | J | T | | | | | |
| 2 Agere Sys Inc Class A | | None | J | T | | | | | |
| 3 Agere Sys Inc Class B | | None | J | T | | | | | |
| 4 Alcoa Inc | A | Dividend | J | T | | | | | |
| 5 Alliance Bernstein Tech Fund Cl B | A | Dividend | L | T | | | | | |
| 6 Allianz Life Franklin Valuemark | A | Dividend | K | T | | | | | |
| 7 Altria Group(former Philip Morris) | A | Dividend | J | T | | | | | |
| 8 American Express Co | A | Dividend | J | T | Partial Sale | 02/10 | J | A | |
| 9 American Intl Group Inc | A | Dividend | K | T | | | | | |
| 10 American Intl Group Inc | A | Dividend | J | T | | | | | |
| 11 Amgen Inc | | None | J | T | | | | | |
| 12 AT&T Corp New(former AT&T) | A | Dividend | J | T | | | | | |
| 13 AT&T Wireless | | None | J | T | | | | | |
| 14 AT&T Wireless | | None | J | T | Buy | 02/05 | J | | |
| 15 Avaya | | None | J | T | | | | | |
| 16 Bank of New York Inc | A | Dividend | J | T | Buy | 02/05 | J | | |
| 17 Barnwell Cnty SC Sch Dist 45 | A | Interest | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of

*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (Place "(X)" after each asset exempt from prior disclosure) | (1) Amt Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18   Berkshire Hathaway Inc CL B | | None | J | T | | | | | |
| 19   BP PLC Spons ADR(former BP/Amoco) | B | Dividend | K | T | | | | | |
| 20   Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 21   Chevron Texaco Corp | A | Dividend | J | T | | | | | |
| 22   Chevron Texaco Corp | A | Dividend | J | T | | | | | |
| 23   Chevron Texaco corp | A | Dividend | K | T | | | | | |
| 24   Cisco Sys Inc | | None | J | T | | | | | |
| 25   Citibank Deposit Program | A | Interest | J | T | | | | | |
| 26   Citibank Deposit Program | A | Interest | K | T | | | | | |
| 27   Citibank Deposit Program | A | Interest | K | T | | | | | |
| 28   Citigroup inc | B | Dividend | M | T | | | | | |
| 29   Coca-Cola Co | A | Dividend | J | T | | | | | |
| 30   Columbia SC due 06/01/06 | A | Interest | J | T | | | | | |
| 31   Comcast Corp | | None | J | T | | | | | |
| 32   Comcast Corp | | None | J | T | Buy | 02/13 | J | | |
| 33   CSX Corp | A | Dividend | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: See Col. C2 | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS – income, value, transactions   *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 34  Dell Inc | | None | J | T | Buy | 02/04 | J | | |
| 35  Walt Disney Co | A | Dividend | J | T | | | | | |
| 36  Dover | A | Dividend | J | T | | | | | |
| 37  Dow Chemical | A | Dividend | J | T | | | | | |
| 38  Dow Chemical | A | Dividend | J | T | | | | | |
| 39  E I Dupont Co | A | Dividend | J | T | | | | | |
| 40  Eaton Vance Tax Free Fund | D | Dividend | N | T | | | | | |
| 41  Electronic Data Systems Corp New | A | Dividend | J | T | | | | | |
| 42  Eli Lilly & Co | B | Dividend | L | T | | | | | |
| 43  Emerson Electric | A | Dividend | J | T | | | | | |
| 44  Exxon Mobil Corp | A | Dividend | J | T | Partial Sale | 01/21 | J | A | |
| 45  Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 46  Federal Home Ln Mtg Corp | A | Dividend | J | T | | | | | |
| 47  Federal National Mtg Assn | A | Dividend | J | T | | | | | |
| 48  First Federal of Charleston | B | Interest | L | T | | | | | |
| 49  First Federal of Charleston | B | Interest | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 50 | First Federal of Charleston Inc | D | Dividend | N | T | | | | | |
| 51 | First Financial | D | Dividend | N | T | | | | | |
| 52 | First Financial Hldgs Inc | B | Dividend | L | T | | | | | |
| 53 | First National of Orangeburg(IRA) | | None | K | T | | | | | |
| 54 | Fleet Boston Financial Corp | A | Dividend | J | T | Buy | 02/24 | J | | |
| 55 | Genetech Inc | | None | J | T | Buy | 01/24 | J | | |
| 56 | General Electric Co | B | Dividend | L | T | | | | | |
| 57 | General Electric Co | A | Dividend | K | T | | | | | |
| 58 | General Electric Co | A | Dividend | K | T | | | | | |
| 59 | General Motors Corp | B | Dividend | K | T | | | | | |
| 60 | Gillette Co | A | Dividend | J | T | Buy | 02/13 | J | | |
| 61 | Goldman Sach Group Inc | A | Dividend | J | T | Buy | 02/14 | J | | |
| 62 | Grand Strand WTR & SWR Auth | A | Interest | J | T | | | | | |
| 63 | HCA Inc | A | Dividend | J | T | Buy | 02/06 | J | | |
| 64 | Hartford Cap Appreciation Fund A | | None | M | T | | | | | |
| 65 | Hartford Financial Services Gruop Inc | A | Dividend | J | T | Buy | 02/19 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 66 Hewlett Packard Co | A | Dividend | J | T | Buy | 02/04 | J | | |
| 67 Home Depot Inc | A | Dividend | J | T | Buy | 02/29 | J | | |
| 68 Honeywell Inc | A | Dividend | J | T | Buy | 02/24 | J | | |
| 69 IBM | A | Dividend | K | T | | | | | |
| 70 Intel (IRA) | A | Dividend | L | T | | | | | |
| 71 Intel | A | Dividend | K | T | | | | | |
| 72 Interactive Corp | | None | J | T | Buy | 02/12 | J | | |
| 73 John Hancock Small Cap Growth | | None | | | Sale | 01/31 | J | A | |
| 74 Johnson & Johnson | A | Dividend | J | T | Buy | 02/04 | J | | |
| 75 Kimberly Clark Corp | A | Dividend | J | T | Buy | 02/24 | J | | |
| 76 Lexington Cnty SC Sch Dist 001 | A | Interest | J | T | | | | | |
| 77 Lincoln National Corp | A | Dividend | J | T | | | | | |
| 78 Lincoln National Life Annuity | A | Dividend | N | T | | | | | |
| 79 Lucent Technologies | | None | J | T | | | | | |
| 80 MFS South Carolina Muni Bond | B | Dividend | K | T | Buy | 03/11 | K | | |
| 81 McDonalds Corp | A | Dividend | J | T | Buy | 02/12 | J | | |
| 82 Merrill Lynch & Co Inc | A | Dividend | J | T | Buy | 03/04 | J | | |
| 83 McGraw Hill Cos Inc | | None | | | Sale | 02/04 | J | A | |
| 84 Microsoft Corp | A | Dividend | J | T | | | | | |

1  Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
   (See Col. B1, D4)    F=$50,001- $100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2  Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
   (See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3  Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
   (See Col. C2)    U=Book value    V=Other    W=Estimated

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amt Code (A-H) | (2) Type (e.g. div. rent or int.) | C Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 85 JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 86 Motorola | A | Dividend | J | T | | | | | |
| 87 3M Co.(former Minnesota Mining | A | Dividend | K | T | | | | | |
| 88 NCR Corp New(fomer NCR) | | None | J | T | | | | | |
| 89 National Commerce Finl Corp | C | Dividend | M | T | | | | | |
| 90 Nokia Corp | A | Dividend | J | T | Buy | 02/04 | J | | |
| 91 Norfolk Southern | A | Dividend | K | T | | | | | |
| 92 North Carolina Property (2/3) | A | Rent | O | Q | | | | | |
| 93 Nucor Corp | A | Dividend | | | Sale | 02/10 | J | A | |
| 94 Omnicom Group Inc | A | Dividend | | | Sale | 02/06 | J | A | |
| 95 Pepsico Inc | A | Dividend | J | T | Buy | 02/27 | J | | |
| 96 Pfizer Inc | A | Dividend | J | T | Buy | 02/05 | J | | |
| 97 Proctor & Gamble | A | Dividend | K | T | | | | | |
| 98 Progress Energy | A | Dividend | J | T | Buy | 02/05 | J | | |
| 99 Safeway Inc New | | None | J | T | Buy | 02/18 | J | | |
| 100 St Paul Companies | A | Dividend | J | T | Buy | 02/06 | J | | |
| 101 SBC Communications | A | Dividend | J | T | | | | | |
| 102 SBC Communications | A | Dividend | J | T | | | | | |
| 103 SBC Communications | A | Dividend | J | T | | | | | |
| 104 SCANA Corp New | B | Dividend | K | T | | | | | |

Income/Gain Codes: A=$1,000 or less (See Col. B1, D4) B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,090 E=$15,001-$50,000
F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000

Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
(See Col. C1, D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000 P4=More than $50,000,000

Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
V=Other W=Estimated

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of

spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 105 Schering Plough Corp | A | Dividend | J | T | Buy | 02/05 | J | | |
| 106 Smith Barney Health Sciences | A | Dividend | J | T | | | | | |
| 107 Smucker Co | A | Dividend | J | T | | | | | |
| 108 Solectron Corp | | None | J | T | Buy | 02/25 | J | | |
| 109 South Carolina Beach Property | A | Rent | O | W | | | | | |
| 110 South Carolina ST G/O ST | A | Interest | J | T | | | | | |
| 111 South Carolina ST Ser MB UT | A | Interest | J | T | | | | | |
| 112 South Carolina ST SCH | A | Interest | J | T | | | | | |
| 113 South Financial Group(IRA) | A | Dividend | M | T | | | | | |
| 114 Spectrex | | None | J | T | | | | | |
| 115 Spectrex (IRA) | | None | J | T | | | | | |
| 116 State Street Corp | | None | | | Sell | 02/04 | J | A | |
| 117 Synovus Financial Corp | A | Dividend | K | T | | | | | |
| 118 Target Corp | A | Dividend | J | T | Buy | 02/11 | J | | |
| 119 Texas Instruments Inc | A | Dividend | J | T | | | | | |
| 120 Time Warner(former AOL T W) | | None | J | T | | | | | |
| 121 Travelers PPTY Cas Corp CL A | A | Dividend | J | T | | | | | |
| 122 Travelers PPTY Cas Corp CL B | A | Dividend | J | T | | | | | |
| 123 Travelers Life TLAC Port Arch A | A | Dividend | M | T | | | | | |
| 124 Travelers Marquis Fund | A | Dividend | N | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| | Value Method Codes (See Col. C2) | Q=Appraisal V=Other | P=Cost (real estate only) | S=Assessment | T=Cash/Market | |

## VII. Page 8 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 125 Travelers Vintage Fixed Account | B | Dividend | M | T | | | | | |
| 126 Trust(Trust #1) | E | Dividend | P2 | W | | | | | |
| 127 LLN Trust (Trust #2) | A | Dividend | L | T | | | | | |
| 128 LLN (Trust #3) | D | Dividend | M | T | | | | | |
| 129 UTS Strategic Ten Dow 03 Port | A | Dividend | M | T | | | | | |
| 130 United Technologies Corp | A | Dividend | | | Sale | 02/19 | J | A | |
| 131 Verizon | A | Dividend | J | T | | | | | |
| 132 Verizon | A | Dividend | J | T | | | | | |
| 133 Wachovia Corp 2ⁿᵈ New | B | Dividend | L | T | | | | | |
| 134 Wachovia | B | Dividend | K | T | | | | | |
| 135 Wachovia (IRA) | B | Dividend | L | T | | | | | |
| 136 Washington Mutual Inc | A | Dividend | J | T | Partial Sale | 02/05 | J | A | |
| 137 Washington Mutual Inv Fund Cl A | A | Dividend | K | T | Buy | 02/04 | J | | |
| 138 Washington Mutual Inv Fund Cl A | B | Dividend | L | T | Buy | 03/11 | K | | |
| 139 Washington Mutual Inv Fund Cl A | A | Dividend | J | T | Buy | 12/26 | J | | |
| 140 Wells Fargo & Co New | A | Dividend | J | T | Buy | 02/06 | J | | |
| 141 Wyeth | A | Dividend | J | T | Buy | 02/21 | J | | |
| 142 Wyeth (formerly Amer Home Products) | A | Dividend | J | T | | | | | |
| 143 Zimmer Holdings Inc | | None | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 T=$25,000,001-$50,000,000 | L=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| | Value Method Codes | Q=Appraisal V=Other | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |

| | Name of Person Reporting | | Date of Report |
|---|---|---|---|
| FINANCIAL DISCLOSURE REPORT | | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

Line 92 - North Carolina Property (2/3) - Appraisal made December 2001.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _____

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Norton, David C | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>7/5/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge | 5. ReportType (check appropriate type)<br><br>◯ Nomination, Date<br>◯ Initial ◉ Annual ◯ Final | 6. Reporting Period<br><br>1/1/03<br>to<br>12/31/03 |
| 7. Chambers or Office Address<br><br>P.O. Box 835<br><br>Charleston, S.C. 29402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust (Trust #1) |
| 2. Co-Trustee | LLN Trust A (Trust #2) |
| 3. Trustee | LLN Trust B (Trust #3) |
| 4. Trustee | Article 5 Trust |
| 5. Trustee | Article 6 Trust |
| 6. Personal Representative | Estate █████ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
Aug 2 11 08 AM '04
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Court Governance or Administrative/Managerial Meetings | 03/14/03-03/14/03 - Expenses for travel and food for meeting in Columbia, S.C. |
| 2. | Meeting of U.S. Judicial Conference | 03/17/03-03/19/03 - Expenses for travel, food and lodging for meetings in Washington DC. |
| 3. | FJC Educational Seminar | 03/23/03-03/26/03 - Expenses for travel, food and lodging for seminar in Wilmington, N.C. |
| 4. | Meetings of U.S. Judicial Conference | 06/25/03-06/26/03 - Expenses for travel, food and lodging for meetings in Hot Springs, Virginia. |
| 5. | Activity of Professional Association funded by the South carolina Trial Lawyers. | 07/24/03-07/27/03 - Expenses for travel, food and lodging for conference in Asheville, N.C. |
| 6. | Court Governance or Administrative/Managerial Meetings | 08/21/03-08/21/03 - Expenses for travel and food for meetings in Columbia, S.C. |
| 7. | Meeting of U.S. Judicial Conference | 09/22/03-09/24/03 - Expenses for travel, food and lodging for meetings in Washington DC. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, | | | | | | | | | |
| 1 | AES Corp | | None | J | T | | | | | |
| 2 | Agere Sys Inc Class A | | None | J | T | | | | | |
| 3 | Agere Sys Inc Class B | | None | J | T | | | | | |
| 4 | Alcoa Inc | A | Dividend | J | T | | | | | |
| 5 | Alliance Bernstein Tech Fund Cl B | A | Dividend | L | T | | | | | |
| 6 | Allianz Life Franklin Valuemark | A | Dividend | K | T | | | | | |
| 7 | Altria Group(former Philip Morris) | A | Dividend | J | T - | | | | | |
| 8 | American Express Co | A | Dividend | J | T | Partial Sale | 02/10 | J | A | |
| 9 | American Intl Group Inc | A | Dividend | K | T | | | | | |
| 10 | American Intl Group Inc | A | Dividend | J | T | | | | | |
| 11 | Amgen Inc | | None | J | T | | | | | |
| 12 | AT&T Corp New(former AT&T) | A | Dividend | J | T | | | | | |
| 13 | AT&T Wireless | | None | J | T | | | | | |
| 14 | AT&T Wireless | | None | J | T | Buy | 02/05 | J | | |
| 15 | Avaya | | None | J | T | | | | | |
| 16 | Bank of New York Inc | A | Dividend | J | T | Buy | 02/05 | J | | |
| 17 | Barnwell Cnty SC Sch Dist 45 | A | Interest | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions *(includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Amount Code 1 (A-H) | Type (e.g. div., rent, int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date Month/Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| | **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 | Berkshire Hathaway Inc CL B | | None | J | T | | | | | |
| 19 | BP PLC Spons ADR(former BP/Amoco) | B | Dividend | K | T | | | | | |
| 20 | Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 21 | Chevron Texaco Corp | A | Dividend | J | T | | | | | |
| 22 | Chevron Texaco Corp | A | Dividend | J | T | | | | | |
| 23 | Chevron Texaco corp | A | Dividend | K | T | | | | | |
| 24 | Cisco Sys Inc | | None | J | T | | | | | |
| 25 | Citibank Deposit Program | A | Interest | J | T | | | | | |
| 26 | Citibank Deposit Program | A | Interest | K | T | | | | | |
| 27 | Citibank Deposit Program | A | Interest | K | T | | | | | |
| 28 | Citigroup inc | B | Dividend | M | T | | | | | |
| 29 | Coca-Cola Co | A | Dividend | J | T | | | | | |
| 30 | Columbia SC due 06/01/06 | A | Interest | J | T | | | | | |
| 31 | Comcast Corp | | None | J | T | | | | | |
| 32 | Comcast Corp | | None | J | T | Buy | 02/13 | J | | |
| 33 | CSX Corp | A | Dividend | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) | | A. Income during reporting period | | B. Gross value at end of reporting period | | C. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | If not exempt from disclosure | | |
| Place "(X)" after each asset exempt from prior disclosure | Amount Code 1 (A-H) | Type (e.g. div. rent or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date Month Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) | | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | | |
| 34 Dell Inc | | None | J | T | Buy | 02/04 | J | | | | |
| 35 Walt Disney Co | A | Dividend | J | T | | | | | | | |
| 36 Dover | A | Dividend | J | T | | | | | | | |
| 37 Dow Chemical | A | Dividend | J | T | | | | | | | |
| 38 Dow Chemical | A | Dividend | J | T | | | | | | | |
| 39 E I Dupont Co | A | Dividend | J | T | | | | | | | |
| 40 Eaton Vance Tax Free Fund | D | Dividend | N | T | | | | | | | |
| 41 Electronic Data Systems Corp New | A | Dividend | J | T | | | | | | | |
| 42 Eli Lilly & Co | B | Dividend | L | T | | | | | | | |
| 43 Emerson Electric | A | Dividend | J | T | | | | | | | |
| 44 Exxon Mobil Corp | A | Dividend | J | T | Partial Sale | 01/21 | J | A | | | |
| 45 Exxon Mobil Corp | A | Dividend | K | T | | | | | | | |
| 46 Federal Home Ln Mtg Corp | A | Dividend | J | T | | | | | | | |
| 47 Federal National Mtg Assn | A | Dividend | J | T | | | | | | | |
| 48 First Federal of Charleston | B | Interest | L | T | | | | | | | |
| 49 First Federal of Charleston | B | Interest | L | T | | | | | | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Codes: (See Col C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) | B. Income during reporting period (1) Amt. Code (A-H) | (2) Type (div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 50 First Federal of Charleston Inc | D | Dividend | N | T | | | | | |
| 51 First Financial | D | Dividend | N | T | | | | | |
| 52 First Financial Hldgs Inc | B | Dividend | L | T | | | | | |
| 53 First National of Orangeburg(IRA) | | None | K | T | | | | | |
| 54 Fleet Boston Financial Corp | A | Dividend | J | T | Buy | 02/24 | J | | |
| 55 Genetech Inc | | None | J | T | Buy | 01/24 | J | | |
| 56 General Electric Co | B | Dividend | L | T | | | | | |
| 57 General Electric Co | A | Dividend | K | T | | | | | |
| 58 General Electric Co | A | Dividend | K | T | | | | | |
| 59 General Motors Corp | B | Dividend | K | T | | | | | |
| 60 Gillette Co | A | Dividend | J | T | Buy | 02/13 | J | | |
| 61 Goldman Sach Group Inc | A | Dividend | J | T | Buy | 02/14 | J | | |
| 62 Grand Strand WTR & SWR Auth | A | Interest | J | T | | | | | |
| 63 HCA Inc | A | Dividend | J | T | Buy | 02/06 | J | | |
| 64 Hartford Cap Appreciation Fund A | | None | M | T | | | | | |
| 65 Hartford Financial Services Gruop Inc | A | Dividend | J | T | Buy | 02/19 | J | | |

1 Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(See Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
2 Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
(See Col. C1, D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3 Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(See Col. C2) U=Book value V=Other W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 07/21/04 |

## VII. Page 5 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of

*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset Exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 66 Hewlett Packard Co | A | Dividend | J | T | Buy | 02/04 | J | | |
| 67 Home Depot Inc | A | Dividend | J | T | Buy | 02/29 | J | | |
| 68 Honeywell Inc | A | Dividend | J | T | Buy | 02/24 | J | | |
| 69 IBM | A | Dividend | K | T | | | | | |
| 70 Intel (IRA) | A | Dividend | L | T | | | | | |
| 71 Intel | A | Dividend | K | T | | | | | |
| 72 Interactive Corp | | None | J | T | Buy | 02/12 | J | | |
| 73 John Hancock Small Cap Growth | | | | | Sale | 01/31 | J | A | |
| 74 Johnson & Johnson | A | Dividend | J | T | Buy | 02/04 | J | | |
| 75 Kimberly Clark Corp | A | Dividend | J | T | Buy | 02/24 | J | | |
| 76 Lexington Cnty SC Sch Dist 001 | A | Interest | J | T | | | | | |
| 77 Lincoln National Corp | A | Dividend | J | T | | | | | |
| 78 Lincoln National Life Annuity | A | Dividend | N | T | | | | | |
| 79 Lucent Technologies | | None | J | T | | | | | |
| 80 MFS South Carolina Muni Bond | B | Dividend | K | T | Buy | 03/11 | K | | |
| 81 McDonalds Corp | A | Dividend | J | T | Buy | 02/12 | J | | |
| 82 Merrill Lynch & Co Inc | A | Dividend | J | T | Buy | 03/04 | J | | |
| 83 McGraw Hill Cos Inc | | None | | | Sale | 02/04 | J | A | |
| 84 Microsoft Corp | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
   (See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
   (See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
   (See Col. C2)    U=Book value    V=Other    W=Estimated

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) | A. Income during reporting period (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 85 JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 86 Motorola | A | Dividend | J | T | | | | | |
| 87 3M Co.(former Minnesota Mining | A | Dividend | K | T | | | | | |
| 88 NCR Corp New(fomer NCR) | | None | J | T | | | | | |
| 89 National Commerce Finl Corp | C | Dividend | M | T | | | | | |
| 90 Nokia Corp | A | Dividend | J | T | Buy | 02/04 | J | | |
| 91 Norfolk Southern | A | Dividend | K | T | | | | | |
| 92 North Carolina Property (2/3) | A | Rent | O | Q | | | | | |
| 93 Nucor Corp | A | Dividend | | | Sale | 02/10 | J | A | |
| 94 Omnicom Group Inc | A | Dividend | | | Sale | 02/06 | J | A | |
| 95 Pepsico Inc | A | Dividend | J | T | Buy | 02/27 | J | | |
| 96 Pfizer Inc | A | Dividend | J | T | Buy | 02/05 | J | | |
| 97 Proctor & Gamble | A | Dividend | K | T | | | | | |
| 98 Progress Energy | A | Dividend | J | T | Buy | 02/05 | J | | |
| 99 Safeway Inc New | | None | J | T | Buy | 02/18 | J | | |
| 100 St Paul Companies | A | Dividend | J | T | Buy | 02/06 | J | | |
| 101 SBC Communications | A | Dividend | J | T | | | | | |
| 102 SBC Communications | A | Dividend | J | T | | | | | |
| 103 SBC Communications | A | Dividend | J | T | | | | | |
| 104 SCANA Corp New | B | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 7 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) | A. Amt Code1 (A-H) | B. Income (2) Type div. rent or int. | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type e.g. buy sell merger redemption | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 105  Schering Plough Corp | A | Dividend | J | T | Buy | 02/05 | J | | |
| 106  Smith Barney Health Sciences | A | Dividend | J | T | | | | | |
| 107  Smucker Co | A | Dividend | J | T | | | | | |
| 108  Solectron Corp | | None | J | T | Buy | 02/25 | J | | |
| 109  South Carolina Beach Property | A | Rent | O | W | | | | | |
| 110  South Carolina ST G/O ST | A | Interest | J | T | | | | | |
| 111  South Carolina ST Ser MB UT | A | Interest | J | T | | | | | |
| 112  South Carolina ST SCH | A | Interest | J | T - | | | | | |
| 113  South Financial Group(IRA) | A | Dividend | M | T | | | | | |
| 114  Spectrex | | None | J | T | | | | | |
| 115  Spectrex (IRA) | | None | J | T | | | | | |
| 116  State Street Corp | | | | | Sell | 02/04 | J | A | |
| 117  Synovus Financial Corp | A | Dividend | K | T | | | | | |
| 118  Target Corp | A | Dividend | J | T | Buy | 02/11 | J | | |
| 119  Texas Instruments Inc | A | Dividend | J | T | | | | | |
| 120  Time Warner(former AOL T W) | | None | J | T | | | | | |
| 121  Travelers PPTY Cas Corp CL A | A | Dividend | J | T | | | | | |
| 122  Travelers PPTY Cas Corp CL B | A | Dividend | J | T | | | | | |
| 123  Travelers Life TLAC Port Arch A | A | Dividend | M | T | | | | | |
| 124  Travelers Marquis Fund | A | Dividend | N | T | | | | | |

NONE (No reportable income, assets, or transactions)

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 8  INVESTMENTS and TRUSTS — income, value, transactions  (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 125  Travelers Vintage Fixed Account | B | Dividend | M | T | | | | | |
| 126  Trust(Trust #1) | E | Dividend | P2 | W | | | | | |
| 127  LLN Trust (Trust #2) | A | Dividend | L | T | | | | | |
| 128  LLN (Trust #3) | D | Dividend | M | T | | | | | |
| 129  UTS Strategic Ten Dow 03 Port | A | Dividend | M | T | | | | | |
| 130  United Technologies Corp | A | Dividend | | | Sale | 02/19 | J | A | |
| 131  Verizon | A | Dividend | J | T | | | | | |
| 132  Verizon | A | Dividend | J | T - | | | | | |
| 133  Wachovia Corp 2nd New | B | Dividend | L | T. | | | | | |
| 134  Wachovia | B | Dividend | K | T | | | | | |
| 135  Wachovia (IRA) | B | Dividend | L | T | | | | | |
| 136  Washington Mutual Inc | A | Dividend | J | T | Partial Sale | 02/05 | J | A | |
| 137  Washington Mutual Inv Fund Cl A | A | Dividend | K | T | Buy | 02/04 | J | | |
| 138  Washington Mutual Inv Fund Cl A | B | Dividend | L | T | Buy | 03/11 | K | | |
| 139  Washington Mutual Inv Fund Cl A | A | Dividend | J | T | Buy | 12/26 | J | | |
| 140  Wells Fargo & Co New | A | Dividend | J | T | Buy | 02/06 | J | | |
| 141  Wyeth | A | Dividend | J | T | Buy | 02/21 | J | | |
| 142  Wyeth (formerly Amer Home Products) | A | Dividend | J | T | | | | | |
| 143  Zimmer Holdings Inc | | None | J | T | | | | | |

| 1  Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2  Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P5=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3  Value Method Codes: | Q=Appraisal V=Other | R=Cost (real estate only) | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

See Attached Sheet

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

David C. Norton

Attachment for Part VIII
Explanation of items listed on Part VII

| | |
|---|---|
| Item #2 & #3 | Omitted from 2002 report, spinoff of Lucent Technologies 06/06/02. |
| Item #5 | Name changed from Alliance Tech Fund Cl B. |
| Item #7 | Name changed from Philip Morris Cos. Inc. |
| Item #10 | Omitted from 2002 report, purchased 11/06/02. |
| Item #11 | Omitted from 2002 report, purchased 10/23/02. |
| Item #12 | Name changed from AT&T. |
| Item #17 | Omitted from 2002 report, purchased 10/24/02. |
| Item #18 | Omitted from 2002 report, purchased 12/31/02. |
| Item #19 | Name changed from BP/Amoco. |
| Item #21 | Omitted from 2002 report, purchased 08/23/01. |
| Item #27 | Included as part of other Citibank Deposit Program previous year. |
| Item #38 | Omitted from 2002 report, purchased 11/01/02. |
| Item #42 | Listed as "sold" on 2002 report, should have been listed as partial sale. |
| Item #44 | Omitted from 2002 report, purchased 08/23/01. |
| Item #52 | Omitted from 2002 report. |
| Item #58 | Omitted from 2002 report, purchased 08/23/01. |

David C. Norton
2003 Financial Disclosure Report
Part VIII, cont.

| | |
|---|---|
| Item #60 | Additional shares purchased. |
| Item #62 | Omitted from 2002 report, purchased 12/31/02. |
| Item #67 | Additional shares puchased. |
| Item #71 | Omitted from 2002 report, purchased 10/23/02. |
| Item #74 | Additional shares purchased. |
| Item #75 | Additional shares purchased. |
| Item #88 | Additional shares purchased. |
| Item #103 | Omitted from 2002 report, purchased 11/01/02. |
| Item #104 | Name changed from SCANA Corp. |
| Item #106 | Name changed from Smith Barney Global Bio-tech Fund. |
| Item #111 | Omitted from 2002 report, purchased 11/04/02. |
| Item #112 | Omitted from 2002 report, purchased 12/10/02. |
| Item #120 | Name changed from AOL Time Warner. |
| Item #121 & #122 | Omitted from 2002 report. |
| Item #126-128 | See separate attachment. |
| Item #129 | Listed as "sold" on 2002 report, should have been listed as partial sale. |
| Item #132 | Listed as "sold" on 2002 report, should have been listed as partial sale. |
| Item #133 | Name changed from Wachovia. |
| Item #139 | Purchased 12/26/03 and partial sale 12/26/03. |

David C. Norton
2003 Financial Disclosure Report
Part VIII, cont.

Item #142          Formerly listed as American Home Products.

Delphi Auto Systems listed on 2002 report as "partial sale", should
have been listed as total sale.

**████████ Trusts**

**TRUST # 2**

12/31/03

**Trust A**

Hilliard Lyons
Account

Cash      value J

Stocks

Royal Dutch      value L

---

**Trust B**      **TRUST # 3**

Hilliard Lyons
Account

Cash

Stocks

| | | |
|---|---|---|
| Allegheny Energy | value | J |
| Eli Lilly | value | L |
| Pepco H  dings | value | J |
| Royal Dutch | value | K |
| Verizon | value | K |

Off course you
have no interest
as long as ████

This is for your
information only.

TRUST #1

**Trust A**
12/31/03

Hilliard
Lyons
Account

Cash        Value J

Stocks

     Eli Lilly & Co.    Value K
     Pfizer Inc.       value K

Crops

Heartlan
d Bank

Checking   ⎫
Money       ⎬ value M
Market      ⎭

Land

   ac.    Lain Farm   ⎫
          Ragsdale    ⎬ value P2
   ac.    Farm       ⎭
   ac.    Tipton Farm

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Norton, David C | 7/5/04 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are ██████████████████████ provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Date _July 27, 2004_

NOTE: ANY INDIVIDUAL ██████████████████████ LSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544